UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In RE:  Lawrence Turner | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 11-49995 |
| | ) | |
| Debtor | ) | Chapter 13 |

ANSWER TO TRUSTEES MOTION TO DISMISS

Comes now debtor and for his answer to motion for lack of feasibility states as follows:

1. Debtor will amend plan to make it feasible.

.

HOFF LAW CENTER

_____
Jerry Hoff #27743 MO
Attorney for Debtor
12660 Lamplighter Square
St. Louis, MO.  63128
(314) 849-1001
(314) 849-0655 fax
jerryhoff13@yahoo.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served via ECF electronic noticing or by first class U.S. Mail postage prepaid, on this 6th<sup>r</sup>  day of November 2015, upon John V. LaBarge, Jr., Esq., P.O. Box 430908, St. Louis, MO.  63143, standing-trustee@ch13stl.com

_____
Jerry Hoff